Steven D. Peterson, ISB# 3563
John C. Peterson, ISB# 6796
PETERSON LAW OFFICE, PLLC
161 5th Ave. South, Ste 310
P.O. Box 5827
Twin Falls, Idaho 83303-5827
Telephone: (208) 733-5500
Fax:  (208) 733-5553

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| SCHILDER DAIRY, LLC,<br>an Idaho Limited Liability Company,<br><br>    Plaintiff,<br><br>vs.<br><br>DELAVAL, INC.,<br>a Delaware Corporation,<br><br>    Defendant. | Case No.  09-cv-00531-REB<br><br>REBUTTAL EXPERT WITNESS DISCLOSURES |

  COMES NOW SCHILDER DAIRY, LLC, an Idaho Limited Liability Company by and through its attorney of record, Peterson Law Office, PLLC, hereby submits its Rebuttal Expert Witness Disclosures.

  1. Martin R. Lee, DVM.  Dr. Lee's opinions are based upon his observations of the Plaintiff's facilities as well as the data set forth in Dr. Lee's signed Expert Report ("Dr. Lee's Report"), previously disclosed, and the accompanying documentation.  Dr.

Lee will use the exhibits incorporated into Dr. Lee's Report as summary exhibits at trial and reserves the right to use the accompanying documentation as further exhibits. Dr. Lee's professional qualifications, compensation rate and trial experience were previously set forth in Dr. Lee's Report attached to Plaintiff's Expert Witness Disclosures.

    2.    Todd Wells, DVM. Dr. Wells performs weekly veterinarian checks for Plaintiff. Dr. Wells' opinions are based upon his observations of Plaintiff's facilities as well as the data set forth in Dr. Wells' signed Expert Report ("Dr. Wells' Report"), attached hereto, and the accompanying documentation. Dr. Wells will not use summary exhibits during his testimony. Dr. Wells' professional qualifications, compensation rate and trial experience were previously set forth in Dr. Wells' Report attached to Plaintiff's Expert Witness Disclosures.

    3.    Greg Green. Mr. Green's opinions are based upon data set forth in Mr. Green's signed Expert Report ("Mr. Green's Report"), attached hereto, the accompanying documentation, as well as the data compiled in Dr. Lee's Report. Mr. Green reserves the right to use the exhibits set forth in Mr. Green's Report as summary exhibits at trial. Mr. Green's professional qualifications, compensation rate and trial experience are also set forth in Mr. Green's Report.

    DATED this 1st day of September, 2010

                          Peterson Law Offices, PLLC

                          /s/ John C. Peterson
                          JOHN C. PETERSON

AMENDED EXPERT WITNESS DISCLOSURES - Page 2

## CERTIFICATE OF SERVICE

     JOHN C. PETERSON, a resident attorney of the State of Idaho, hereby certifies that on this 1st day of August 2010, he served a true and correct copy of the within and foregoing document upon Defendant by a copy thereof, to the following:

       John Kurtz
       877 W. Main St. Ste 1000
       P.O. Box 1617
       Boise, ID 83701-1617

       William Tipping
       333 Seventh South Ste 2900
       Minneapolis, MN 55402-2440

               /s/ John C. Peterson
               JOHN C. PETERSON