To: Peterson Law Office, PLLC (to be filed with the court)

From: Todd E. Wells, DVM

Date: August 30, 2010

Re: Rebuttal report of Dr. Jim Reynolds' report written and filed August 16, 2010 in the suit of Schilder Dairy vs. DeLaval

The following rebuttal report is provided regarding the report filed by Jim Reynolds DVM, MPVM on August 16, 2010. Information included is referenced from Dr. Reynolds' report, provided from John and B.J. Schilder, and based on personal observation and experience.

While the presence of Staph. *aureus* at Schilder Dairy # 1 has been shown (reflected in Graph 1), the SCC appears to have been managed by the owners and employees of the dairy, as reflected in the gradual decrease of SCC from early 2001 until early 2008 (reflected in Graph 3). Management of Staph. *aureus* was done by culturing fresh cows and segregating positive cows on Dairy 1 until the purchase of Dairy 2, after which positive cows were segregated there (early 2005). By moving the segregation of cows to a different site, a decrease in the SCC at Dairy 1 is expected and reflected in Graph 3 at that time. During the time reflected in Graph 1, it should be noted that all cows and heifers freshened at Dairy 1 and were held until culture results were obtained (typically 3-7 days), which may explain the presence of Staph. *aureus* in bulk tank samples. It is also important to note that Graph 1 appears to be missing data from April 2005 (and when included in Graph 4 {bottom, page 6}, appears to be missing data in multiple time periods) and does not continue beyond January 2006. Incomplete data can prevent an accurate analysis of the situation.

An observation speculating the purchase of cattle and the increase in somatic cell count (SCC) is made by Dr. Reynolds in Graph 4 (top, page 6) of his report. However, the cattle purchased by Schilder Dairy in mid-2006 freshened over the next several weeks following purchase. In my opinion, if these animals had been the source of Staph. *aureus* infections and subsequent increased SCC, the increase would have been seen rising gradually from the time at which they entered the milking strings. The SCC instead shows a dramatic increase nearly one year after the large growth of the herd. The purchase of replacement and expansion animals at Schilder Dairy has been an ongoing part of the normal procedure practiced by the operation; protocols in place for the management of Staph. *aureus* positive animals have not changed during the time frame reflected.

On page 10 of the report, a table reporting body condition scores of 42 cows from the herd visit on July 5, 2010 is recorded. The number of animals scored is not enough to statistically represent the entire population of the dairy (approximately 1600). When body condition scoring cows, it is also important to use the information with regard to the status of the cow in the lactation cycle. No mention of this is made.

Hygiene scores can be used to evaluate the cleanliness of cows. As with the body condition scores, the number of cows recorded for hygiene scoring is not an adequate sample number for the overall population at the dairy. In addition, I have not been able to locate any benchmarks or references for open, dry lot management, as is common to Magic Valley dairies and represented at Schilder Dairy. The references I was able to locate for using hygiene scores refer only to free-stall and tie-stall management style dairies, which are common elsewhere and not comparable to dry lot dairies. The report also stated that "both dairies had the majority of cows dirty (3 or greater)." From the tables presented in the report, Dairy # 1 had 34 percent and Dairy # 2 had 50 percent of the hygiene scores 3 and 4, neither of which are the majority. The mean hygiene scores for Dairy 1 and 2 are 2.2 and 2.5, respectively, representing "some manure on the cow", as defined in the report. It was not noted what areas of the cow were evaluated in the hygiene scoring process; it has been shown that only scores evaluating the feet, hocks, udder, and flank regions are correlated with milk quality.

At the bottom of page 10 it was noted that "the corrals had been recently scrapped and large amounts of manure were piled in all corrals." The corrals have not been altered or remodeled in several years since the expansion of the dairy. The corrals are harrowed at least six times weekly to reduce the build-up of manure and aid in the drying of waste. With regard to large manure piles, corrals should be designed to accommodate manure waste during times when it cannot be hauled out and spread on fields as fertilizer. My observation of Schilder's Dairy is that there is adequate room with compost bedding under shade roofs for the cows housed in the corrals without interference from the manure storage piles. Manure is removed in a timely manner multiple times annually when farm ground is available for spreading, as is customary in dry lot operations.

A comment regarding machine on-time being excessive and causing teat damage and potentially causing increased mastitis rates was recorded on page eleven. However, there was no mention of any teat damage observed during the herd visit.

It is stated that the Schilder Dairy has had an ongoing Staph. *aureus* problem for many years. Although the presence of Staph. *aureus* can be documented, declining and low SCC (represented in Graph 3 from 2001 through 2007) indicate that management

strategies implemented by Schilder Dairy have been successful. These strategies have not changed.

Schilder Dairy has historically purchased replacement and expansion cattle in their operation. Although they did purchase a large number of cattle when the new milking facility was started, the same protocols were in place that had been for several years prior with success.

Schilder Dairy has used post-milking teat spraying as a management tool in the control of mastitis. This practice has been in place for many years, including prior to the new milking facility and while SCC was low.

A time-line of events compared to the SCC (and outbreak of Staph. *aureus*), shows that when facility problems identified by Dr. Lee were corrected, the SCC declined. The management of the dairy (the same protocols for identifying and segregating Staph. *aureus* positive cattle, the same milking procedures, and the same corral management procedures) are as they were previous to the increase in SCC at Schilder Dairy. In my clinical and observational opinion, the strategies and protocols in place at Schilder Dairy can be shown to manage Staph. *aureus* and SCC, with the exception of when there was a facility equipment failure.

Todd E. Wells, DVM

West End Veterinary Clinic
4194 North 1380 East
Buhl, Idaho  83316
(208) 543-6000