**Idalee Veterinary Services**
**Dairy Consulting**
Martin R. Lee, D.V.M.
5529 U.S. Highway 93
Jerome, Idaho 83338
phone: 208-539-3238
fax: 208-324-9506
home phone: 208-324-3238

8-30-10

Response to the Report of David R. Bray

Submitted on August 13, 2010

Martin R. Lee, DVM

**TABLE OF CONTENTS**

Summary of Report                                                                    1

Description of Milking System                                                  1

Testing and Milking at Schilder Dairy #1                                 2

Chart of DBD Dairy - Effective Reserve                              3

Chart of VHB Dairy – Effective Reserve                             4

Chart of Schilder Dairy #1 – Effective Reserve                  4

The Staph Aureus Problem                                                     5

Non-DeLaval manual take off devices                                 6

Staph aureus in relation to milker performance and milking procedures    7

**Idalee Veterinary Services**
**Dairy Consulting**
Martin R. Lee, D.V.M.
5529 U.S. Highway 93
Jerome, Idaho 83338
phone: 208-539-3238
fax: 208-324-9506
home phone: 208-324-3238

8-30-10

Response to Expert Report

David Bray, BS MS

## Summary of Report

In reviewing this report, Mr. Bray's conclusions are seriously flawed in my opinion.
Mr. Bray's refusal to accept the fact that the milking equipment failed and that this failure was a significant cause and occurred in direct conjunction with the outbreak of Staph aureus at Schilder Dairy #1 is unacceptable. His review of the milking system and testing results reveals several misunderstandings and unproven claims. His criticisms of milking procedures and milker performance have some merit however his position that all problems with Staph aureus at Schilder Dairy #1 are due to those issues is indefensible.

## Description of Milking System

Mr. Bray's description of the milking system and how it works shows a failure of understanding as well as incorrect descriptions. His understanding was that the vacuum pumps were alternated every "couple of milkings". This implies that it is controlled by the milkers or some other person. In actual fact, the system alternates automatically between the two vacuum pumps at each "on" and "off" cycle.

The flapper valve is not located on a four inch line as Mr. Bray claims, but instead on each of the six inch lines which supply vacuum to the system from each vacuum pump for milking and system washing. This is a check valve which operates as a second safety measure after the butterfly valves in the exhaust system to prevent the uncontrolled admission of air into the system during use. Mr. Bray describes this check valve as located on the "vacuum exhaust line". While it is not clear just what a "vacuum exhaust line" is, these check valves are located in the vacuum system, not the exhaust system.

**Testing and Milking at Schilder Dairy #1**

Mr. Bray asserts that there is very little possibility that Effective Reserve was measured accurately on April 28, 2008.   He is certain that there had to be something else going on in the barn which accounted for the low CFM measured on that day.  Furthermore,  he claims that if the CFM measured were accurate, it would be impossible to milk the herd without the units falling off and milking would take much longer.

Any discussion of the milking system and Effective Reserve has to begin with the failed flappers in the check valves.  During the barn evaluation on 4-28-04,  both flappers were noted to be damaged and the flapper in the north check valve had a very large hole.  This hole was about two inches long and 3/4 inch wide and the edges of the hole were inverted toward the vacuum side of the check valve.   The shape of this hole with its' inverted edges could only be caused by the large flow of air through that flapper when the South Vacuum Pump was working.   This is what caused the large reduction in Effective Reserve for the South Vacuum Pump.   There are several possible sources for this air flow through the failed flapper in the north check valve.  They are as follows:
1.   A broken vacuum line between the north vacuum pump and the check valve
2.   A hole or crack in the balance tank under the north vacuum pump
3.   A failed vacuum relief valve
4.   An open cleaning vent line on the north vacuum pump
5.   A failed  butterfly valve in the exhaust for the north vacuum pump
6.

All of those possibilities were eliminated except a failed butterfly valve in the exhaust for the North Vacuum Pump.

For the measurement of Effective Reserve, my standard protocol for this barn is to arrive about one hour prior to the start of the morning milking at 8:00 AM.   This gives me plenty of time to perform air flow measurements and any other testing or observations that may be done when the barn is not in operation.  At this time there are few if any dairy personnel around.   Since milking does not begin until 9:00 AM,  nobody is doing anything with the milking equipment.   If anyone is doing something to allow air to enter the system, the vacuum readings on my vacuum gauge will change unexpectedly so it is easy to know something is happening.  Furthermore,  if the air flow measurements differ greatly from what has been measured in the past or what would be expected,  I close my airflow meter and  again walk throughout the barn  to look for the cause of the reduced air flow.   After this inspection, I again measure air flow.   I commonly repeat air flow measurements on parlors where I work to be sure my measurements are accurate.   I am absolutely confident that the reduced air flow measured during the 4-28-08 barn evaluation is accurate.

It defies logic to ignore the failed flapper in the check valve and assign blame for the low Effective Reserve measurement to some failure of testing.   It would be one thing to measure very low Effective Reserve and then be unable to find a reason.   But it is quite another to measure very low effective reserve and immediately find the obvious cause due to the failed flapper in the north check valve.

Finally, Mr. Bray's claim that it would be impossible to milk the herd without the units falling off and that milking would take much longer is incorrect.   By referring to my records for barns I have checked,  I was able to find two other dairies where the reductions in Effective Reserve were similar to those found at Schilder Dairy #1.  Those dairies are detailed in the charts below and compared with Schilder Dairy #1.

In all cases, even with dangerously low Effective Reserve,  milking was continuing in these barns with only one  report of excessive squawking and one report of slow milking.    This effectively refutes Mr. Bray's claim that it would be impossible to milk the herd without units falling off.

Dairy #1 -  DBD -  double 20 parallel -
        Milking proceeded normally on 2-10-05
        Milking proceeded normally on 6-26-08
        Milker complains of slow milking on 9-11-08
        Not safe for cows on 2-10-05,  6-26-08 and 9-11-08

| Date | Calc True ER CFM | CFM per unit | System vacuum | Cause |
|------|------------------|--------------|---------------|-------|
| 1-9-05 | 152 | 3.8 | 12.29 | Normal |
| 2-10-05 | 54 | 1.35 | 12.25 | Broken line in attic |
| 12-14-07 | 125 | 3.125 | 12.68 | Normal |
| 6-26-08 | 73 | 1.825 | 12.43 | Broken line in attic |
| 9-11-08 | 22 | 0.55 | 12.16 | Broken line in attic |

Dairy #2  -  VHB  -  double 28 parallel
      Milking with no problems noted on 7-18-05
      Milking with many squawks on 8-15-05
      Milking with no problems noted on 9-13-06
      Not safe for cows on 7-18-05,  8-15-05 and 9-13-06 if using the pumps noted

| Date | Calc True ER CFM | CFM per unit | System Vacuum | Cause |
|------|------------------|--------------|---------------|-------|
| 6-4-05 | 155(s) | 2.76 | 12.8 | normal |
| 7-18-05 | 70(s) | 1.25 | 12.85 | Broken line in attic |
| 7-18-05 | Couldn't perform (n) | | Never achieved | Broken line in attic |
| 8-15-05 | 104 (n) | 1.857 | 12.84 | Worn out pump |
| 9-13-06 | 88 (n) | 1.57 | 13.11 | Flapper in check valve failed |

Schilder Dairy #1  -  double 30 parallel
      Unsafe milking conditions when using the South  (s) vacuum pump on 4-28-08

| date | Calc True ER CFM | CFM per unit | System Vacuum | Cause |
|------|------------------|--------------|---------------|-------|
| 11-27-07 | 151 (n) | 2.52 | 11.45 | Cracked flapper |
| 11-27-07 | 144 (s) | 2.4 | 11.45 | Cracked flapper |
| 4-28-08 | 129 (n) | 2.15 | 11.45 | Cracked flapper |
| 4-28-08 | 55 (s) | 0.92 | 11.45 | Flapper large hole |
| 2-19-09 | 175(n) | 2.92 | 12.02 | Normal |
| 2-19-09 | 179(s) | 2.98 | 11.94 | Normal |

Mr. Bray's assertion that milking with the low Effective Reserve measured on 4-28-08 would have meant that milking would take much longer needs further exploration.   While it is generally true that milking speed has a linear relationship with system vacuum levels, the measurement of poor Effective Reserve does not mean that system vacuum levels are continuously low.   In fact, there would be periods of time in which system vacuum levels would be normal, followed by episodes of irregular vacuum fluctuation during machine attachments, liner slips and squawks and as a result of kickoffs and falloffs.   It is during those times that low Effective Reserve results in low and unstable system vacuum levels.   These periods of low and unstable vacuum are when milking becomes dangerous for the cows and increases in new infections occur.   It would appear from work done in the other two dairies in the charts above that milking speed is not noticeably reduced by poor Effective Reserve until the CFM per unit of Effective Reserve drops even further than that measured at Schilder Dairy #1.

Mr. Bray continues his discussion of Effective Reserve by referencing the NMC milking system evaluation form.   In that document it states that 35 CFM plus 1 CFM per unit is the minimum required.   This means that Schilder Dairy #1 would need a minimum of 95 CFM to run the system and milk the cows.   To continue with Mr. Bray's comments, "With only 85 CFM, as Dr. Lee found, most of the units would be on the floor.  . ."   However, this is an incorrect comparison.   The measurement of 85 CFM which Mr. Bray incorrectly calls Effective Reserve is clearly identified as Idling Effective Reserve in the report for that day.   Comparing Effective Reserve directly with Idling Effective Reserve is not appropriate. Under the standards found in ASAE S300.3 JUL96, it is necessary to perform a calculation on Idling Effective Reserve measurements to convert it to True Effective Reserve.   That requires that the Idling Effective Reserve be reduced by 0.5 CFM per unit to derive the True Effective Reserve.   Therefore the Calculated True Effective Reserve is 55 CFM.

The comparisons to be found in the charts above show clearly that milking can be accomplished, although unsafely, with very low Calculated True Effective Reserve.   Most of the units are not on the floor.   The fact that the milkers were unable to recall any vacuum related problems is not surprising.   It is very hard to remember things that may or may not have happened more than two years ago.

Mr. Bray concludes his section on the milking equipment with the statement that he does not believe there was a problem with the defective flapper valves either cracked or removed.   This is an astonishing claim since the flapper for the north check valve was obviously severely compromised.   To ignore this fact is indefensible.

**The Staph Aureus Problem:**

Mr. Bray continues with a discussion of the problem with Staph aureus at Dairy #1.   He claims that it is unrelated to the milking system.    However, this is the wrong conclusion. Low and unstable vacuum levels are a known  contributor to mastitis problems on dairies. The low Effective Reserve measured at Schilder Dairy #1 would have caused low and unstable vacuum levels in the milking system and was a substantial and direct contributor to  the problems with Staph aureus experienced on Schilder Dairy #1

The problem with milking at low and unstable vacuum levels is as follows:
1. Claw vacuum is periodically too low to properly close the inflation during the rest phase of the pulsation cycle. This does not apply adequate teat end massage which increases teat end edema which interferes with the normal defense mechanisms of the teat canal. Inadequate massage also removes excessive teat canal keratin and interferes with the formation of new keratin between milkings. Keratin is an important defense mechanism for teat ends and excessive removal makes it easier for bacteria to penetrate the teat canal both during and between milkings.
2. Inadequate claw vacuum to properly close the inflation also means that at times the inflation will be open while milk is flowing from the other side of the udder. If the inflation has not closed, it therefore has not closed the teat canal. Bacteria can easily penetrate the teat canal if the canal is already open whereas a teat canal that is closed by adequate liner movement is not penetrated by bacteria.
3. Periodic irregular low claw vacuum levels as a result of low vacuum reserves will cause increases in liner squawks and slips. Research has shown that only about 1/3 of liners slips are audible. Liner slips and squawks result in massive, high speed vacuum changes at the teat end which allows bacteria laden air to penetrate the teat canal. These are known as reverse impacts.
4. Research has shown higher bulk tank SCC levels when vacuum reserves are low
5. Research has shown that low vacuum reserves result in irregular vacuum fluctuations

### Non-DeLaval manual take off devices

Mr. Bray misinterprets the statement in my report that some machines were removed before the cow was completely milked finished milking. He assumes from that statement that machines are removed while still under vacuum. This is a false assumption. These detachers are equipped with vacuum shut off valves (VSO) in the basement of the barn. When the detacher is activated, the VSO closes, removing vacuum from the unit and then retraction is accomplished. The units are not removed under vacuum and reverse impacts are not created.

Later in his report, in relation to removing the machines before milking is complete, he claims that the chances of propelling bacteria from one teat to another are greater than if the unit is dry at the time of removal. This claim contradicts the recommendations made throughout the industry today in which barns equipped with automatic detachers are encouraged to adjust the detachers to remove machines more quickly and leave the cows with a little milk in the udders. This improves parlor throughput and improves teat end health. If Mr. Bray's assertion were correct, this recommendation would result in increases in mastitis in those dairies. That has not happened.

**Staph aureus in relation to milker performance and milking procedures**

This is an important section in Mr. Bray's report.   It is true that milking procedures and milker performance is significant in the control of mastitis.  It is also true that there have been lapses in milker performance noted in the reports for Schilder Dairy #1.   Those problems were noted in the reports because the quest for perfection in milker performance is a continuous process but one that is never finished.

It is, however, important to note that although milker performance is not perfect, it is better than average for the milkers at work in other barns where I do equipment evaluations.   These other barns are not all experiencing Staph aureus mastitis problems.  It is also worth remembering that the lapses in performance noted were probably occurring during the times over the years that udder health has been gradually improving at Schilder Dairy #1 and also during the more than one year period in 2007 when bulk tank SCC levels were under 100,000.   It was only when the milking equipment failed that the explosive rise in bulk tank SCC and Staph aureus isolations occurred.

Mr. Bray continues with the claim that if teats had been dipped properly with a dip cup that Schilder Dairy #1   ".   .  .would not be in this mess today."   This is a gross oversimplification. This  implies that  he considers  Staph aureus mastitis to be a single factor disease.