**Idalee Veterinary Services**
**Dairy Consulting**
Martin R. Lee, D.V.M.
5529 U.S. Highway 93
Jerome, Idaho 83338
phone: 208-539-3238
fax: 208-324-9506
home phone: 208-324-3238

8-30-2010

Response to the Report of Jim Reynolds, DVM MPVM

Submitted on 8-16-2010

Martin R. Lee, DVM

*[signature: Martin R. Lee DVM]*

# TABLE OF CONTENTS

| | |
|---|---|
| Summary | 1 |
| DeLaval as the sole cause | 1 |
| Discussions of the Conclusions reached by Dr. Reynolds | |
|     The herd has had a Staph aureus mastitis problem for many years | 2 |
|     The herd grew in size by purchasing many cows from multiple sources. This is likely to have contributed and added to the Staph aureus problem | 2 |
|     The herd employed teat spraying, rather than teat dipping. Teat spraying was not likely to be good control measure for Staph aureus. | 3 |
|     Milk production does not appear to be related to the SCC in either herd | 3 |
|     The rise in BT SCC in late 2007 is likely to be related to the same rate of increases in cow numbers in late 2006. Cattle with Staph aureus were purchased or entered the herd from the laboratory reports and these animals would have served as risks for infection of other cows. The milking procedures and teat dipping was not appropriate for controlling the spread of Staph aureus mastitis. | 3 |
|     Reduction in SCC after May 2008 is likely related to identification and segregation of Staph aureus cow away from Dairy #1 | 4 |
|     Milk quality information was limited to SCC and did not include bacteria counts. The SCC for the dairy varied over time but was consistent with a Staph aureus mastitis problem | 4 |
|     The herd has not managed cow cleanliness well, documented by the hygiene scores on the day of the herd visit and the bacteria report in the laboratory report. The exposure to manure may have accounted for some of the SCC increase in the fall and winter months | 4 |
| Other Issues Raised by Dr. Reynolds | |
|     Herd infection rates related to CFU levels in bulk tank cultures | 5 |
|     Body Condition Scores | 5 |
|     Excessive milking machine on-time | 5 |
|     Vacuum Fluctuations | 5 |
| Discussions of Graphs | |
|     Graph 1: Schilder #1 BT Staph aureus CFU/ml | 6 |
|     Graph 3: Schilder Dairy #1 BT SCC | 6 |
|     Graph 4: Schilder Dairy #1 Number of Cows and BT SCC over time | 7 |
|     Graph 4: Schilder BT SCC and SA CFU/ml | 7 |
|     Graph 5: Milk/Cow/Day and SCC over time | 7 |
|     Graph 6: Dairy #2 BT SCC | 7 |
|     Graph 7: Comparison of Milk/Cow Between Dairies 1 and 2 | 7 |

**Idalee Veterinary Services**
**Dairy Consulting**
Martin R. Lee, D.V.M.
5529 U.S. Highway 93
Jerome, Idaho 83338
phone: 208-539-3238
fax: 208-324-9506
home phone: 208-324-3238

8-30-10

Response to Expert Report

Jim Reynolds, DVM, MPVM

August 16, 2010

**Summary**

I have reviewed the comments and analysis prepared by Dr. Jim Reynolds. I would dispute most of his conclusions. Dr. Reynolds does not make a convincing case to exclude the failure of the milking equipment as the cause of the outbreak of Staph aureus in Schilder Dairy #1.

**DeLaval as the sole cause**

Dr. Reynolds tries to claim that the assertion was made that the DeLaval equipment failure was sole cause of the Staph aureus outbreak. That claim was never made. It was claimed that the failure of the equipment was the primary contributor to the problem. While it would certainly be unwise to claim any single cause for a mastitis episode, the failure of the milking equipment was by far the predominant reason that Schilder Dairy #1 experienced an explosive increase in herd SCC levels as well as very large increases in bulk tank Staph aureus isolations.

It has been claimed by some in the literature that most dairy herds have at least some Staph aureus mastitis. Estimates quoted by Anderson and Pritchard of North Carolina State University are that 80 to 100% of dairy herds have some mastitis caused by Staph aureus with 5 to 10% of cows infected. While it is true, therefore, that most herds have some Staph aureus, it is also true that most herds do not experience an explosive outbreak of Staph mastitis and the associated rise in herd SCC levels and bulk tank Staph aureus cultures. Therefore, there needs to be additional factors at work beyond the presence of this bacteria for this to have occurred in the Schilder Dairy. That additional factor was primarily the failure of the milking equipment.

The Schilder dairy has had Staph aureus isolated from bulk tank cultures for several years as demonstrated by Graph 1 in Dr. Reynolds' report. However, this graph fails to cover the time period immediately prior to and during the time in which the milking equipment failure occurred. During 2007, the levels of Staph aureus isolated from bulk tank milk at Dairy #1 were

moderately low or zero and only increased to very high levels in March 2008 in conjunction with the equipment failure. Herd SCC levels were also under 100,000 for all of 2007 and January 2008 and only began increasing rapidly in the second half of February 2008 in conjunction with the equipment failure.

**Discussions of the Conclusions reached by Dr. Reynolds**
     Dr. Reynolds' conclusions are in bold type. The discussion of those conclusions follows his statement.

**The herd has had a Staph aureus mastitis problem for many years.**

This conclusion is apparently contradicted by Graph 3 found on page 5 of 29 in Dr. Reynolds' report. While the word "problem" is obviously ambiguous, this graph clearly shows an almost continuous trend for reducing herd SCC levels since early 2001. This shows that management was making significant and successful efforts to improve udder health on the dairy. This does not look like a "problem dairy". This trend continues until early 2008 with the entire year of 2007 under 100,000.

Bulk tank SCC levels only increased in conjunction with the failure of the milking equipment in early 2008. While it is true that there has often been Staph aureus found in bulk tank cultures for many years, management was increasingly successful in controlling this pathogen as evidenced by the trend in bulk tank SCC levels and the trend to decreasing levels of Staph aureus isolated from bulk tank cultures.

Furthermore, although Graph 1 on page 2 of 29 of Dr. Reynolds' report shows a continuous level of Staph aureus from bulk tank milk with some rather spectacular spikes, it covers a time frame that is mostly irrelevant to the time when the new barn was in use (March 2002 to January 2006). The new barn was placed in service about August 2006 and bulk tank cultures were moderately low or zero for all of 2007.

**The herd grew in size by purchasing many cows from multiple sources. This is likely to have contributed and added to the Staph aureus mastitis problem.**

This conclusion is eloquently refuted by reference to Graph 4 on page 6 of 29 in Dr. Reynolds' report. This graph clearly shows the large increase in cow numbers for Dairy #1 in the second half of 2006. Yet bulk tank SCC levels remained below 100,000 for all of 2007 and January 2008. In addition, bulk tank cultures for Staph aureus showed no significant spike to correspond with the addition of these new cows. If they had been significantly infected, the bulk tank cultures would have thrown up an immediate red flag with large increases in the isolation of Staph aureus.

**The herd employed teat spraying, rather than teat dipping. Teat spraying was not likely to be good control measure for Staph aureus.**

It is true that many authorities prefer teat dipping to teat spraying for the control of contagious mastitis pathogens, including Staph aureus. However, the primary principle to be employed here is adequate coverage of all teat surfaces by the post milking teat disinfectant. I have observed as many problems with teat dipping as with teat spraying in dairies where I have worked. Dr. Leo Timms of Iowa State University made the following statement: "You can do a good job with either. What's important is coverage, consistency and cleanliness". I agree with that statement.

While there were lapses in milking procedures related to post milking teat disinfection noted for this dairy, it can and should be remembered that these lapses probably had commonly occurred in the past and yet herd udder health as measured by bulk tank SCC levels had been improving for many years and bulk tank SCC levels only increased dramatically in conjunction with the failure of the milking equipment.

If the use of teat spraying had been a major contributor to problems with Staph aureus mastitis, the dairy would have experienced difficulties in maintaining low herd SCC levels and low bulk tank isolations of Staph aureus. This doesn't appear to be the case so it can logically be concluded that the practice of applying post milking teat disinfection by spray was not a significant contributor to the problems encountered in early 2008.

**Milk production does not appear to be related to the SCC in either herd.**

Declines in milk production caused by elevations in herd SCC levels are difficult to measure. Reductions in milk production related to Log SCC scores have been proven by a lot of research in many herds in many areas. Yet these changes are virtually impossible to identify on a commercial dairy (Costello, Penn State University). If there were an elevation of two Log scores in tank SCC levels, this would account for about 1.6 pounds of milk per cow per day on Dairy #1. This small change in per cow production would have been obscured by normal daily fluctuations in per cow production.

**The rise in BT SCC in late 2007 is likely to be related to the same rate of increase in cow numbers in late 2006. Cattle with Staph aureus were purchased or entered the herd from the laboratory reports and these animals would have served as risks for infection of other cows. The milking procedures and teat dipping was not appropriate for controlling the spread of Staph aureus mastitis.**

All fresh heifers and cows are cultured at calving. This policy has been in place since about 1999. There may have been lactating cows purchased in 2006 who were not cultured until the following freshening which could have served as a source for new infections. However, herd

numbers increased dramatically in about August 2006 and herd BT SCC remained low until the large increase starting in the second half of February 2008 which occurred in conjunction with the failure of the milking equipment. There was a small increase in daily bulk tank SCC levels in December 2007 but monthly herd SCC levels did not increase in late 2007 and remained low until after the middle of February 2008. Furthermore, there is no large increase in bulk tank Staph aureus in 2007 and isolations of Staph aureus only increased dramatically in conjunction with the equipment failure. This tends to rule out the possibility that purchased milking cows were a significant factor in new Staph aureus infection in the herd.

**Reduction in SCC after May 2008 is likely related to identification and segregation of Staph aureus cow away from Dairy #1.**

Certainly the identification of infected cows and the movement of some of those cows from Dairy #1 to Dairy #2 helped start the reduction in bulk tank SCC levels at Dairy #1. However, reductions in the herd SCC levels would not have been possible if the equipment failure had not been identified and repaired. It is not logical to ignore this essential fact.

**Milk quality information was limited to SCC and did not include bacteria counts. The SCC for the dairy varied over time but was consistent with a Staph aureus mastitis problem.**

This is a false statement. Bulk tank milk culture results are available. The SCC for the dairy was consistently below 100,000 for all of 2007 and January 2008 and did not increase until the equipment failure occurred in early 2008.

**The herd has not managed cow cleanliness well, documented by the hygiene scores on the day of the herd visit and the bacteria reported in the laboratory reports. The exposure to manure may have accounted for some of the SCC increase in the fall and winter months.**

The hygiene scores made on the day of the herd visit are of no value in judging overall herd hygiene and cow cleanliness. The standard protocol for scoring large herds for hygiene calls for the scoring of at least 25% in each pen. Only 42 cows were scored for the entire dairy on the day of the visit!

The previous conclusion, discussed above, claimed that milk quality information did not include bacteria counts, yet this statement claims that bacteria in laboratory reports show that the herd does not manage cow cleanliness well.

Herd SCC levels have shown consistent declines for many years with no significant seasonal variation. This tends to question the claim that increases in manure may have accounted for some of the increases in herd SCC during the fall and winter.

**Other Issues Raised by Dr. Reynolds**

**Herd infection rates related to CFU levels in bulk tank cultures**

Dr. Reynolds asserts that the levels of CFU's for Staph aureus reported would indicate infection levels in the herd of between 20 and 50% in his experience. While his experience may indicate this to be true, most authorities claim that due to the variable shedding nature of Staph aureus from infected udders, it is not valid to draw conclusions regarding herd infection rates from the CFU levels reported in bulk tank cultures.

**Body Condition Scores**

Too few cows were scored on either dairy to be of any value. Current recommendations call for scoring 30 to 50% of cows in a herd when doing spot checks on dairies. Only 42 cows were scored on each dairy.

**Excessive milking machine on-time**

The perceived detrimental effects of over milking on udder health has been the reason for recommendations to remove the machine as soon as possible after milk flow has ceased. In fact, however, there is little risk for increasing udder infections by leaving the machine on after milk flow has ceased provided that the milking equipment is properly designed, maintained and operated. However, overmilking is a risk factor when the system is not maintained properly. This is what happened at Dairy #1.

**Vacuum Fluctuations**

Irregular vacuum fluctuation is a risk factor for the development of new infections in cows. This is the reason for designing and maintaining milking systems to minimize this risk. If Effective Reserve is inadequate, irregular vacuum fluctuations are increased and increases in herd SCC levels as well as increases in new infections will be experienced.

Vacuum fluctuation in the milking system was never recorded at Schilder Dairy #1. This is of particular note in regard to the system check which was performed on 4-28-08. This was the visit where the very low Effective Reserve was measured for the South Vacuum Pump as a result of the failure of the flapper in the check valve. The failure of this flapper was the result of the

failure of the butterfly valve in the exhaust system of the vacuum pumps. B.J. Schilder was specifically instructed that milking must not occur with the South Vacuum Pump until repairs could be performed. Significant vacuum fluctuation would have been observed if milking and system evaluation had been allowed to proceed with the South Vacuum Pump. Therefore, all testing was done with the North Vacuum Pump which had enough Effective Reserve to maintain acceptable system vacuum stability on that day.

Allowing milking to occur with the faulty part of the system just for the purpose of documenting vacuum instability would have been unethical and morally indefensible.

Dr. Reynolds agrees that vacuum fluctuations are associated with increases in udder infection but claims that such infections would more likely be caused by environment bacteria such as E. coli and the environmental Streps. This is only partially true. However, if Staph aureus is present, it is just as likely to penetrate the teat end as a result of vacuum fluctuations caused by faulty equipment as any other bacteria. Staph aureus rapidly takes advantage of milking equipment failures.

**Discussions of Graphs**

**Graph 1: Schilder #1 BT Staph aureus CFU/ml**

This graph covers the time from March 2002 to January 2006. This has little relevance to the operation of the new barn at Schilder Dairy #1 which was placed into service about August 2006. The graph has even less relevance to early 2008 when the equipment failure occurred.

**Graph 3: Schilder Dairy #1  BT SCC**
   **Note that the dairy has been over 200,000 BT SCC for much of the time it has operated.**

This is not a valid interpretation of this graph. The time from June 1999 to August 2006 was in the old barn. It is apparent that management was making significant progress in reducing bulk tank SCC levels beginning in about February 2001. Dairy #1 was consistently under 200,000 once Dairy #2 was opened in about October 2005. Using Dairy #2 for infected and high SCC cows is good management since it allowed Dairy #1 to capture the maximum SCC bonus payment. After the new barn was commissioned in about August 2006, BT SCC declined further and all of 2007 was below 100,000. This trend was destroyed when the equipment failed in early 2008.

**Graph 4: Schilder Dairy #1 Number of Cows and BT SCC Over Time   (top of page)**

This graph clearly shows that herd SCC levels were dropping beginning in about 2001 and continued to drop and remained low even after the large increase in cow numbers after opening the new barn in 2006.

**Graph 4: Schilder BT SCC and SA CFU/ml (bottom of page)**

This graph does not cover the time in question since it ends on 1/1/2006. The new barn was not in use until about August 2006.

**Graph 5: Milk/Cow/Day and SCC over time**
   **Note from graph 5 that milk production per cow appears to be unrelated to the BT SCC**

Sandy Costello, Ph.D PAS; Penn State Dairy Nutrition Conference, 2005
    "Milk lost to SCC is based on research (virtually impossible to collect on commercial dairy)"

**Graph 6: Dairy #2 BT SCC**

The large spike in SCC is from only 158 cows and should not be part of this graph

**Graph 7: Comparison of Milk/Cow Between Dairies 1 and 2**
   **Note that Dairy #2 has consistently higher milk production, even with higher SCC**

There are more heifers at Dairy #1 than Dairy #2 and heifers give less milk than older cows. This is the reason for Standard Mature Equivalent factors used in official dairy records.