**Idalee Veterinary Services**
**Dairy Consulting**
Martin R. Lee, D.V.M.
5529 U.S. Highway 93
Jerome, Idaho 83338
phone: 208-539-3238
fax: 208-324-9506
home phone: 208-324-3238

8-30-2010

Response to the Expert Analysis and Report of Terry R. Smith, Ph.D. Dairy Strategies
Bruce, Wisconsin

Submitted on 8-16-2010

Martin R. Lee, DVM

*[signature: Martin R. Lee DVM]*

**TABLE OF CONTENTS**

| | |
|---|---|
| Summary | 1 |
| Movement of Cows Between Schilder Dairy #1 and Dairy #2 | 1 |
| Using Bulk Tank SCC levels rather than individual cow SCC tests | 3 |
| Predicting future performance of Schilder Dairy #1 | 3 |
| Volatility in Dairy Markets | 4 |
| Gross Losses | 4 |
| Increased Herd Turnover | 4 |
| Reasonableness of the damage estimate | 5 |
| Other Factors relating to Mastitis in Dairy Herds | 6 |

Figures:
| | |
|---|---|
| Figure 1: Schilder Dairy #1 and #2 – Bulk Tank SCC | 6 |
| Figure 3: Schilder Dairy #2 – Wtg. Avg. SCC – All Cows – 1999 to 2010 | 7 |
| Figure 2: Schilder Dairy #1 – Wtd Ave SCC – All Cows | 7 |
| Figure 6: High Desert Dairy Lab – Magic Valley, ID – Wtd. Avg. SCC – All Herds | 7 |
| Figure 10: Milk:Feed Price Ratio (USDA-NASS) | 8 |
| Figure 21: Twin Falls, ID Min/Max Temperatures | 8 |
| Figure 22: Twin Falls, ID Avg. Relative Humidity | 8 |

Reference:
| | |
|---|---|
| Chart of Estimated Losses from Mastitis; Selected References | 9 |

**Idalee Veterinary Services**
**Dairy Consulting**
Martin R. Lee, D.V.M.
5529 U.S. Highway 93
Jerome, Idaho 83338
phone: 208-539-3238
fax: 208-324-9506
home phone: 208-324-3238

8-31-10

Response to Expert Analysis and Report

Terry R. Smith, Ph.D.

August 16, 2010

**Summary**

Based upon my review of the Expert Analysis and Report submitted by Dr. Terry Smith, I find his analysis of records and performance on the Schilder Dairies to be faulty for several reasons. Some of those reasons are merely opinion and preference whereas others are errors. Those errors and preferences are discussed in this report. His assertion that there were no demonstrated economic losses associated with the failure of the milking system is wrong and ignores obvious occurrences and relationships.

**Repair of the Milking System**

Dr. Smith refers at least twice in his report to "the milking system change". It would appear that Dr. Smith has a faulty understanding of the nature of the problem with the milking equipment. It is an important distinction to clearly understand that the milking system was not "changed". The milking system was repaired.

**Movement of Cows Between Schilder Dairy #1 and Dairy #2**

Throughout his report this is a recurring theme. He is correct in asserting that the movement of cows from Dairy #1 to Dairy #2 had a significant impact upon the performance of both dairies. This movement of cows had the net effect of mitigating the negative impact of the mastitis outbreak caused by the milking equipment failure.

Historically, the opening of Dairy #2 in about October 2005 allowed the movement of infected cows and high SCC cows from Dairy #1 to Dairy #2 so that Dairy #1 could receive the maximum quality milk premium. When Dairy #2 opened, the entire Staph pen at Dairy #1 was

moved there. This was a wise management decision and the added income earned by qualifying for the maximum quality premiums for Dairy #1 was important to the financial health of the Schilder Dairies. Furthermore, the opportunity to isolate Staph aureus infected cows away from Schilder Dairy #1 had important animal health benefits.

Prior to the failure of the milking equipment, the policy of culturing all fresh cows and moving Staph aureus infected cows from Dairy #1 to Dairy #2 was very helpful in maintaining low bulk tank levels of Staph aureus at Dairy #1. This policy was also helpful in continuing and accelerating the decline in herd SCC levels at Dairy #1, a trend which had begun in 2001. This resulted in herd SCC levels under 100,000 for all of 2007 and January 2008.

When the milking equipment failed, this resulted in increasing the rate of new infections with Staph aureus in the milking herd at Dairy #1 to a degree that they could not be removed fast enough to Dairy #2 to maintain low bulk tank SCC levels at Dairy #1. Bulk Tank SCC levels at Dairy #1, therefore, peaked at over 400,000 and did not start to decline until after the equipment was repaired. The culture of the entire herd and the identification of infected cows helped to resolve the problem but would not have been effective if the failure of the milking equipment had not been identified and repaired in April 2008.

The ability to move infected and high SCC cows from Dairy #1 to Dairy #2 had the net effect of mitigating the negative impact of the equipment failure on Dairy #1. If the opportunity to move infected cows to Dairy #2 had not existed, those cows would have remained at Dairy #1 which would have further increased the bulk tank SCC levels. This would have likely had the effect of elevating herd SCC levels to a degree where not only would there have been no milk premium, but a price penalty of $0.40 per hundred or more. Increases in bulk tank SCC levels would also have resulted in an increase in the calculated losses from reduced milk production due to increases in bulk tank Log SCC levels. Finally, the infected cows and high SCC would have required increased culling at Dairy #1 to help control the rise in bulk tank SCC. All of these considerations lead to the conclusion that the ability to move cows from Dairy #1 to Dairy #2 resulted in a management opportunity to help control the losses due to the failure of the milking system at Dairy #1. Had this opportunity not existed, losses at Dairy #1 would have been even greater.

The negative impact upon Dairy #2 consisting of an obvious increase in Bulk Tank SCC levels was a direct result of these cow movements. This is the basis for the damages calculated for Dairy #2 and these damages are a direct result of the milking equipment failure at Dairy #1. However, this impact was less than it would have been at Dairy #1 because of the lower herd population at Dairy #2 compared with Dairy #1.

Additionally, it is expected that the movement of cows between the two dairies will continue in the future as in the past. The goal is to attempt to move as many cows as possible to Dairy #2 from Dairy #1 to accelerate the decline in herd SCC levels at Dairy #1. Dairy #1 will again be able to capture the maximum payment for milk quality. The net effect of this will be to reduce the total time spent in recovery from the mastitis outbreak caused by the milking equipment failure and thereby reduce the total damage sustained.

**Using Bulk Tank SCC levels rather than individual cow SCC tests.**

There is some discussion in the industry regarding which parameter should be used to calculate the economic impact of mastitis in a dairy herd. Those who prefer the use of individual cow records claim that using bulk tank SCC levels tends to underestimate the true incidence of infection in the herd. There is some truth to this assertion because of the ability of herd management to reduce bulk tank SCC levels to some degree by removing cows from the bulk tank for treatment or culling.

Other investigators prefer to use the bulk tank SCC data. Sandy Costello. Ph.D. PAS of Penn State University, Pam Ruegg DVM, MPVM, University of Wisconsin and John Fetrow VMD MBA, University of Minnesota, among others, use this approach.

Some believe either parameter is equally effective.

Bulk tank data, as compared with individual cow records, has some significant advantages in my opinion:
1. Bulk tank SCC levels are reported for each day's pickup as compared with individual cow data which is recorded only one day a month.
2. The SCC of individual cows for any single month does not correlate well with production losses, however, using the average SCC for an entire herd has shown reasonable accuracy for estimating losses
3. Using individual cow records may result in the inadvertent overemphasis on those cows with high SCC levels and it is easy to become overwhelmed by the volume of data to be analyzed.

It is my opinion that the SCC level in bulk tank milk is a good proxy for what is actually happening in a dairy herd and that the use of bulk tank data for the purposes of analysis and damage calculations is appropriate.


**Predicting future performance of Schilder Dairy #1**

The basis for predicting the future performance of Schilder Dairy #1 is from past performance of this dairy. In most businesses, the best indicator of future performance is the past performance of that business. Herd average per cow production has approached 90 pounds on this dairy in the past. The use of BST in the herd will probably be allowed again in the near future and herd average milk should increase as a result of that alone. The success of Schilder Dairy #1 in

reducing herd SCC levels has been documented since 2001 and herd SCC levels were under 100,000 for all of 2007 and are now again on the way back down.

My calculations, therefore, assume that milk production will gradually improve over the next five years and that herd SCC levels will also improve over that time period. Neither projection would be in conflict with either the past performance of this dairy or a reasonably optimistic view of the future. These projections are appropriate and justified.

## Volatility in Dairy Markets

Dr. Smith believes that volatility in dairy markets needs to be addressed in the calculation of damages. In my opinion, this is virtually impossible. Price fluctuations, sometimes violent, are a fact of life in the dairy business. In almost all cases, even the most astute of analysts are often taken by surprise by these price moves. This makes it foolish to attempt to predict what might happen in the future to either milk prices or commodities. Furthermore, the premiums paid in milk quality programs and the milk production losses associated with elevations in herd SCC levels are not dependent upon or affected by this volatility.

## Gross Losses

Dr. Smith disputes the lost milk production as a result of elevated SCC levels in the herd and claims that these losses must be tempered by some kind of offsetting factors related to input costs. It might be appealing to suggest that losses of milk production as a result of mastitis are partially offset by reductions in input costs. However, that is not the case.

The research literature from many herds in many areas clearly supports the use of 200 pounds production loss for each Log Score increase in SCC for first calf heifers and double that for second and later lactations. Those losses are not offset anywhere in the literature that I have read by any considerations for reductions in input costs.

## Increased Herd Turnover

Dr. Smith finds fault with the analysis of increased culling as a result of the Staph aureus outbreak at Schilder Dairy #1. He bases this assertion on the use of Dairy #2 to absorb infected and high SCC cows from Dairy #1. However, this is the wrong interpretation of the impact of having both dairies.

The ability to move cows from Dairy #1 to Dairy #2 was a substantial mitigant of the total damages sustained as a result of the milking equipment failure at Dairy #1. If Dairy #2 had not been available, more cows would have been culled to slaughter, not merely moved to Dairy #2. If Dairy #2 had not been available, a larger financial impact would have been sustained and, therefore, a larger damage assessment would have been calculated.

In addition, only those cows identified as infected with Staph aureus at Dairy #1 were used in this calculation. This is an extremely conservative assessment and the true cost of increased herd turnover would have been more correct if it had been calculated for the entire herd. This is because all the cows at Dairy #1 were subjected to increased risk by the faulty milking equipment, not just those who ultimately became infected with Staph aureus.

**Reasonableness of the damage estimate**

The damages calculated for losses as a result of the failed milking equipment, is, if anything, very conservative. Several potential cost issues were not considered when calculating these damages. Some of those factors are as follows:

1. the increase in metabolic diseases related to mastitis
2. the cost of treatment of clinical cases and discarded milk
3. the loss of replacement heifer calves and bull calf sales from culled cows
4. the reduced cull cow prices received as the result of illness
5. increased milk culturing expenses
6. the negative impact on reproduction

The dollar losses related to those issues could be substantial but are more speculative. The goal in the analysis was to avoid undue speculation and produce an estimate that was both conservative and realistic. I think that goal was achieved.

Calculated losses due to mastitis from around the country vary. In addition, most cost estimates do not include a value for lost milk quality premiums. Furthermore, most areas of the nation do not enjoy the large premiums that are paid for milk of the highest quality in southern Idaho.

In reviewing the literature regarding losses associated with mastitis, the range of estimated annual damages is from a low of $108 per cow (NMC Annual Meeting, 1999) to a high of $584 per cow (Bray and Schearer, 1994, 2009). The average losses from ten selected references were calculated to be $227 per cow per year and the median losses were calculated to be $185 per cow per year. It is of particular relevance to Schilder Dairy #1 to remember that the estimated losses reported in the literature apply to dairies that are operating at some level of herd SCC but are not in the middle of a severe mastitis outbreak.

Therefore, it is entirely reasonable to expect losses to be very high on a per cow basis for 2008 and 2009 when the losses of milk quality premiums were the highest. It is very unfortunate that this occurred in conjunction with a period of very difficult economic stress in the industry. However, these losses did occur for the Schilder dairies.

**Other Factors relating to Mastitis in Dairy Herds**

Dr. Smith expressed concerns that other factors which impact the level of mastitis in a dairy were never considered. That is an oversimplification and, in fact, many of those factors were considered and dismissed. That discussion was not considered necessary to include in the analysis prepared in April 2009. Those considerations are included here.

1. Weather conditions and season of year - Weather data was considered and found to be of little apparent impact. The winter of 2007-2008 was not severe and only two days were below zero. The summer of 2007 was separated from the mastitis outbreak by a period of several months.
2. Milking procedures were noted to have some lapses in protocol. Those deficiencies were reported. However, perfection is never achieved when milking cows. The performance of the milkers on this dairy is above average for the Magic Valley. Their performance was not appreciably different at any time before, during or after the outbreak of mastitis so the impact of milking procedures on the outbreak of mastitis at Dairy #1 was probably minimal.
3. Biosecurity was accomplished by the routine culture of all fresh cows and heifers and regular bulk tank cultures. This has been a standard practice on this dairy for several years. Bulk tank cultures for Staph aureus were consistently low since the opening of the new barn until the failure of the milking equipment
4. Dairy #1 had a dedicated Staph pen prior to opening Dairy #2. After Dairy #2 was acquired, identified infected cows were segregated to that Dairy. Following the equipment failure in 2008 and the herd culture, a dedicated Staph pen was again placed in service at Dairy #1 because the level of infection at Dairy #1 became unmanageable by simply moving cows to Dairy #2.
5. Lot maintenance and calving area maintenance would be considered to be acceptable. The same management efforts in this regard were in effect before, during and following the outbreak of mastitis in early 2008.
6. Clinical treatment and management of the hospital pen was not considered.

The significance of the failure of the milking equipment in early 2008 cannot be overemphasized. The failure of the milking equipment occurred in conjunction with the large rise in bulk tank SCC levels and the large rise in bulk tank levels of Staph aureus. This fact cannot in any way be ignored or discounted. To spend exhaustive efforts to explore all the other factors and ignore the equipment failure could not be justified by any reasonable investigator.

**Figure 1: "Schilder Dairy #1 and #2 - Bulk Tank SCC"   Page 7 of 37**

It is important to call attention to the fact that this graph is probably erroneously labeled. The solid lines are labeled as "Linear (BT-SCC Dairy #1)" and "Linear (BT-SCC Dairy #2)". The solid lines appear to be trend lines for Bulk Tank SCC levels not linear SCC scores. Trend lines are useful in some cases but significantly ignore important facts regarding the bulk tank SCC levels for Dairy #1 and #2 in this figure.

1. Ignores the impact of moving cows to Dairy #2 at the peak of the outbreak on Dairy #1.
2. Ignores the low SCC levels at Dairy #1 for all of 2007
3. Ignores the magnitude of the rise of SCC levels at Dairy #1 in early 2008
4. Ignores the improvement in SCC levels at Dairy #1 following repair of the equipment at Dairy #1
5. Indicates a continuing trend to rising SCC levels at Dairy #1 in 2009 and later which contradicts what is actually happening as demonstrated by Figure 2, page 8 of 37

**Figure 3: Schilder Dairy #2 – Wtg. Avg. SCC - All Cows - 1999 to 2010**

The spike in Average SCC that occurred in June 2008 is for only 158 cows and not the entire herd. This spike should be eliminated from this graph.

**"Figure 2: Schilder Dairy #1 – Wtd Ave SCC – All Cows"**

The discussion on page 9 of 37 states the following: "It should, however, be noted that Dairy #1 experienced elevated herd level SCC from about December 2000 through December 2002, which was a period in time before Dairy #2 was in operation."

This statement is taken out of the context of the entire graph. This graph clearly demonstrates the successful efforts that management at Schilder Dairy #1 exerted to result in the improvement in udder health over a period of nearly seven years. This trend of declining herd SCC levels started in May 2001 and continued with minor fluctuations until the equipment failure in early 2008. Only when the equipment failed did it become impossible to maintain low herd SCC levels.

In addition, herd SCC levels from December 2000 through December 2002 have little to do with the milking parlor in operation now, because this barn was placed in service in about August 2006 when herd SCC levels at Dairy #1 were consistently approaching 100,000.

**Figure 6. High Desert Dairy Lab – Magic Valley, ID – Wtd. Avg. SCC - All Herds**

The trend line for dairies in the Magic Valley shows a steady decline in weighted average SCC for a period of over 10 years. It is most significant that Dairy #1 was better than the average of all Magic Valley dairies from about May 2002 until the problem with the milking equipment occurred in early 2008. Since, that time, herd SCC levels have again declined from a high of about 400,000 in April 2008. Schilder Dairy #1 is again better than average for weighted average SCC for all of 2010. This provides at least some repudiation of Dr. Smith's comment at the end of his report that he would expect the Schilder dairies to perform at or below average levels of profitability. (page 16 of 37)

Case 1:09-cv-00531-REB   Document 20-4   Filed 09/01/10   Page 10 of 11

Page **8** of **9**

**Figure10. "Milk:Feed Price Ratio (USDA-NASS)**

Defined as the pounds of 16% protein dairy feed (TMR) that can be purchased by a pounds of milk.

> < 2.5  national milk production tends to contract
> 2.5 to 3.0  national milk production tends to remain stable
> >3.0  national milk production tends to increase

J. J. Miller,  Economic Research Service,  USDA
> "any milk price – feed price relationship has limited value as an indicator of dairymen's well being since it does not account for changes in other costs."

Individual dairymen do not make feeding decisions based on the MPR.  In times of high feed costs or low milk prices, nutritionists make ration changes to reduce feed input costs.  However, these changes must not reduce daily milk per cow as this would have a very large negative impact on dairy profitability.  Good dairymen and good dairy nutritionists are fully aware of this.

**Figure 21. "Twin Fall, ID  Min/Max Temperatures  2005 – 2009 & 30-day Moving Avg."**

**Figure 22.  "Twin Falls, ID  Avg Relative Humidity -  2005 – 2009"**
         **"Mean Humidity (w/30-day moving average)**

Both graphs show stable temperature trends over years with a slightly declining 30 day  moving average for temperature for 2008 and 2009 since a high in 2007.  This indicates that temperature and humidity impacts on milk production can be discounted.

Winter temperatures of Buhl and Castleford for November 2007 through March 2008 show only two days under 10 degrees in December 2007 and 8 days under 10 degrees in January 2008.  There were only two days below zero during this time period and they occurred in January 2008.  The coldest day was 4 degrees F below zero in Castleford on 1-23-08.  This indicates that frostbite was not a significant contributor to teat end hyperkeratosis observed on the dairy.

**Chart of Estimated Losses from Mastitis; Selected References**
**Most estimates do not include lost milk quality payment premiums**

| Reference | Annual cost per cow |
|---|---|
| Penn State Dairy Nutrition Conference, 2005 Sandy Costello, Ph.D. PAS | $238 |
| J. W. Schroeder, Extension Dairy Specialist, North Dakota State University 1997 | $185.00 |
| Stephen L. Ott, Centers of Epidemiology and Animal Health, USDA-APHIS-VS 1999 | $108.00 to $295.00 |
| Virginia Cooperative Extension 1997 | $171.00 |
| Penn State; 2004 | $185.00 |
| Mastitis and Economics; How Much Do You Save by Reducing Mastitis? Gratte and Haskel | $184.00 |
| Milking Machine and Mastitis Control Handbook; Bray and Schearer; 1994, 2009 | $584.00 |
| Quality Milk Production Services, Cornell Univ. College of Veterinary Medicine; Ynte Schukken; 2002 | $225.00 |
| Dr. Andrew Johnson, Clintonville, WI | $184.00 |
| Consultants Guide to Economics of Mastitis; October 2004; Sandy Costello, Ph.D. PAS | $184.00 |