

## THE GEC GROUP

Report of Economic Loss

*Schilder Dairy v. DeLaval, Inc.*

September 1, 2010

Gregory Green PhD
The GEC Group

The GEC Group  |  12000 New Hope Road  |  Star, ID  83669

Tel:  208-286-0166  |  Fax:  208-286-0167  |  www.thegecgroup.com

# Economic Assessment of Schilder Dairy, LLC.
# Schilder Dairy, LLC v. DeLaval, Inc.

### Gregory G Green PhD
### the
### GEC Group

### September 1, 2010

I have been retained by Peterson Law Office, PLLC. of Twin Falls Idaho to review economic damages summarized in two reports submitted by loss experts. The economic damages are related to an SCC outbreak at Schilder Dairy. In this report I evaluate the assessment of economic damages of the Schilder Dairy associated with an outbreak of Staph Aureus in or around February of 2008. The reports that I have been asked to assess were written by Dr. Martin Lee and Dr. Terry Smith. Thus, to construct this report I have relied on a report written by Veterinarian Dr. Martin R. Lee and Agricultural Economist Dr. Terry R. Smith. Dr. Lee speaks to the increase in Somatic Cell Counts (SCC), the cause of this outbreak and an assessment of the economic damages sustained by Schilder Dairy. Dr. Smith speaks to Dr. Lee's qualifications to assess damages.

# 1   Structure of Schilder Dairy

Schilder Dairy operates two milking facilities referred to as Dairy #1 and Dairy #2. The purpose of Dairy #1 is to produce a grade of milk that will fetch a quality premium when delivered to the creamery. The purpose of Dairy #2 is to function as a control; i.e. cows that are not performing adequately, SCC levels are high, the cow's productivity is declining, for example are moved to Dairy #2.

Milk from Dairy #1 is shipped to Jerome Cheese Company and milk from Dairy #2 is shipped to Glanbia Foods. Both Jerome Cheese and Glanbia Foods are located in south-central Idaho, a region known as the Magic Valley. Both Jerome Cheese and Glanbia Foods specialize in the production of dairy related products, with the largest product being cheese. Both Jerome Cheese Company and Glanbia Foods pay a premium for milk shipped to their production facility that meet established quality standards.

Schilder's Dairy #1 can be analyzed using both Dr. Lee and Dr. Smith's data. Figure 2 of Dr. Smith's report shows that since late 2004 through early 2008 Schilder Dairy #1 has consistently had lower SCC levels than have dairymen in Magic Valley as a whole, compare figure 2 to figure 6. Also, note that the cycles experienced by the average herd in Magic Valley have declined in variability; i.e. the distance from peak to trough in each cycle has declined. The trend shown in Figure 6 further demonstrates that SCC levels in the Magic Valley have steadily declined throughout the last eleven years. Furthermore, Schilder Dairy #1 does not appear to experience

the same cycles, magnitudes are not as great, as the whole of Magic Valley.

Figure 2 of Dr. Smith's report shows that Diary #1 experienced higher than average measures, as compared to all of Magic Valley, of SCC in May of 2001. Figure 2 goes on to show that after May of 2001 through April 2004 the decline in Dairy #1's measured SCC levels have declined at a faster rate than the magic valley market as a whole.

Late 2004 marks the opening of Schilder Dairy #2. The opening of Dairy #2 was a direct attempt by Schilder Dairy to separate cows consistently producing at lower SCC levels from the rest of the herd. From April 2005 through January 2008 Dairy #1 consistently produced at SCC measures below those of Magic Valley as a whole. In 2007 it appears that Dairy #1 had established a working barn that could consistently produce milk at SCC levels below 100,000 per ml.

Given the 2007 SCC data provided by Dr. Lee and Figure 2 of Dr. Smith, Schilder Dairy #1 had brought their SCC numbers to just above 100,000 by 2006 and maintained SCC numbers below 100,000 for the entire year of 2007 and January 2008. In this thirteen month period SCC numbers were lowest in October of 2007 and highest in December 2007. However, in the eleven months, February 2008 through December 2008, the highest SCC number was 381,000 while the lowest was February which was 105,000. Thus, there was a dramatic increase in the level and variability of Dairy #1's SCC level.

Analysis of SCC levels for these two years are better described in Figure 1 of this report. Figure 1 is referred to as a box plot. The box plot labeled 2007 contains all of the SCC data for that year.[1] The colored portion of the plot contains 50% of the 2007 data. The lines, or whiskers, extend down to the minimum value in the series and extend up to the maximum value in the series. The solid line in the box denotes the median value in the series. The 2007 series is very tight showing a minimal amount of variation in the 2007 SCC data. The 2008 data in Figure 1 demonstrates that 2008 had much more variability and the median SCC number was substantially higher. The purpose of Figure 1 is to demonstrate in a more graphic way the change in SCC values already highlighted in Figure 2 of Dr. Smith's report and the first set of figures in Dr. Lee's report. So, Figure 1 demonstrates that there was a major change in SCC levels between the years 2007 and 2008.

Figure 2 of this report is presented to further demonstrate this change in SCC levels between 2007 and 2008. Given the data presented in Figures 1

---

[1]This data was taken from the first figure in Dr. Lee's report.



Figure 1: Box plot of 2007 2008 SCC data

and 2 I believe we can safely conclude that there is a measurable change in SCC levels. Dr. Lee has expressed the opinion that the cause of the change in SCC levels is a consequence of "dairy maintenance to be provided by DeLaval Direct Distributing...". Dr. Smith claims that other factors can elevate the SCC levels. While neither party agrees on the exact factors causing the SCC spike they do agree that SCC levels did in fact increase. What remains to be analyzed is the cause of the spike and what is the measure of monetary losses experienced by Schilder Dairy.

## 2   Sources of Loss

A dairy business in the Magic Valley region of Idaho will experience losses on three fronts if they experience elevated levels of SCC in their milk production. First, there is a loss in productivity. Second, there is a loss in price premium

4



Figure 2: Box plot of 2007 2008 SCC data

paid for milk. Third, cows must be culled faster than normal.

First, the productivity of a cow is measured by it's daily milk production. Milk production is, to some degree, a function of the number of lactation cycles experienced by a cow. Dr. Lee claims that losses in productivity can be based on the lactation cycle of a cow and the SCC levels of the bulk tank. For example, a heifer, first time in lactation, will not experience as great a loss in productivity as a cow that has had more than one calf, at least second time in lactation. Dr. Lee relies on studies done by Veterinarians for his change in productivity estimates. Namely, Pamela Ruegg shows that a heifer will lose 200 pounds of production per year for every one unit change in linear score.[2] For a cow that is in her second or higher lactation the loss is 400 pounds of production per year for every one unit change in linear score.[3]

---

[2]See Pamela Ruegg [1] Table 4.

[3]ibid.

5

Thus, using this linear score Dr. Lee is able to estimate the average change in each cow's productivity within a herd caused by changes in the SCC levels in the bulk tank.

Second, Dr. Lee shows the premium payment per hundred weight of milk in his table "Schilder Dairy #1, Milk Shipped and SCC; Bonus Calculations." As SCC measures increased at Dairy #1 and Dairy #2 the price received by Schilder Dairy declined, namely they lost the premiums begin paid for Dairy #1 and were penalized for milk delivered to Glanbia foods from Dairy #2. Thus, calculation of the loss in premium is straight forward, especially for past losses.

Finally, to reduce SCC levels from both barns cows must be cycled more quickly from milk producers to culled. Thus, the herd must experience a more rapid turnover. There is a cost associated with replacing each dairy cow and revenue that is derived from selling a cow for beef.

# 3   Analysis of Dr. Lee's Methodology

In this section I will comment on the analysis of losses presented by Dr. Lee. Particularly on his methodology. As mentioned above there are three main categories of loss; 1.) loss in production, 2.) loss in premium, and 3.) loss from early culling of cattle. I will address each calculation in turn.

The first loss is perhaps the most difficult to assess. The dairy industry resembles a perfectly competitive industry in many respects. There is perfect information regarding price. Dairymen in each region know the price they will receive upon delivery of milk. Dairymen can sell as much as they can produce at the going price. The amount they sell is insignificant compared to the market as a whole; thus, they cannot control the price. Thus, realistically the only way for a producer to control their profit is to maximize their yields, that is, produce as much milk as possible, and minimize their costs.

Minimization of costs revolve around using the most efficient technology available in your production facility.[4] In a perfectly competitive industry producers will gravitate toward the most efficient technology or be pushed out of the industry.

Maximization of yields is the other alternative for increasing profits. One way to maximize yields is to keep disease out of the herd. In the case currently

---

[4]Technology refers to the 'recipe' used in production, a description of how inputs are combined in order to generate output.

being analyzed that includes keeping SCC levels low. Research cited by Dr. Lee, see Pamela Ruegg [1], demonstrates that the annual production of milk declines as the SCC within a heard increases. The correlation presented in [1], and mentioned above, demonstrates that for a heifer for every one unit change in the linear score milk production will decline by 200 lbs per year per heifer begin milked. For cows on their second or greater lactation a one unit change in linear score will change annual milk production by 400 lbs per year per cow within the herd. With this summary measure a person can estimate the loss or gain in productivity based on SCC measures from the bulk tank. This allows a *back door*, but still legitimate, approach for the estimation of changes in revenue caused by changes in measured SCC values.

If there is something missing in segment one of Dr. Lee's analysis it is an accounting of the reduction in cost associated with a reduction in volume of milk being shipped to the creamery; i.e. because production has declined there is less cost for shipping to the creamery. A reasonable estimate in Idaho for this cost is $0.40 per hundred weight; thus, this cost could easily be calculated and incorporated into the loss analysis. There is also a $0.25 per hundred weight cost referred to as a promotion charge. This to could easily be incorporated into the analysis.

As to the second loss, loss in premium. A dairyman can control revenues by controlling the quality of their product. Dairy #1 has an operational goal to produce milk at or below the 100,000 SCC per ml. Production below this level of SCC per ml increases Schilder Dairy's profit per hundred weight by $0.75. This premium is an increase to the dairies revenues without an increase in costs; i.e. it is a direct increase in profit for the dairy. Consequently, Dr. Lee's methodology in relation to calculating the loss associated with lost premiums is economically sound. Namely, Dr. Lee has either actual hundred weight values measuring milk delivered to the creamery and can calculate the loss in premium based on actual hundred weight, which he does. For future losses you have an estimate of weight to be shipped to the creamery, which Dr. Lee must have for any data beyond his report date, used to estimate the loss in premium. A similar statement must hold true if Schilder Dairy is paying a penalty at Dairy #2 for delivered milk above it's normal SCC count. The procedure followed by Dr. Lee is straight forward and is economically reasonable.

Finally, as to the last measured loss. Higher SCC levels in the herd will also lead to faster culling rates. The useful life of the cow as a revenue generating asset used in milk production declines because of the elevated

7

SCC counts. Consequently SCC infected cows are moved through the barn much quicker than would a cow with low SCC levels. The damages associated with increased culling speed of Schilder Dairy's cows is then the replacement cost of the cow minus the sale price for butchering. Thus, the calculation used by Dr. Lee is appropriate.

Given that losses are expected to continue only through 2011 perhaps Dr. Lee's estimate of losses should simply be updated. His report of April 2009 now has a year and four months of additional actual measures that could be assimilated into his report.

# 4   Analysis of Report by Terry R. Smith PhD

With all due respect to Dr. Smith I would disagree with his assessment of Dr. Lee's report from the very first paragraph. In that paragraph Dr. Smith says "I do not believe the plaintiffs demonstrated through there expert's analysis, any substantiated economic losses associated with the alleged milking system issue which they claimed to have negatively impacted the operational and resulting financial performance of their dairy business." [5] Dr. Lee's expertise as a Veterinarian working closely with Schilder Dairy's cows makes him uniquely qualified to isolate the cause of the outbreak of Staph Aureus. It also seems presumptuous on the part of Dr. Smith to assume that a Veterinarian would not know that SCC levels can result from many causes other than faulty milking equipment or that there are other measures of udder health.

Figure 2 in Dr. Smith's report is quite interesting. SCC levels pre 2004 demonstrate how Schilder Dairy was able to bring SCC levels below average Magic Valley SCC levels. Further Figure 2 demonstrates how SCC levels were further reduced as Schilder Dairy changed the management strategy by using a second barn to house cows with higher SCC levels or, rather, to lower the SCC levels at Dairy #1. The change in business practice in 2004 did bring the SCC levels down in Dairy #1. It should be noted that Schilder Dairy was able to stabilize their SCC count to below 100,000 for the year 2007, also shown in this figure. Figure 2 of Dr. Smith's report also shows the surge in SCC levels associated with Dr. Lee's claim that the dairy equipment was faulty beginning in early 2008. While the SCC levels are still declining, following the surge in 2008, they are still not below the 100,000

---

[5]See page 4 of Dr. Smith's report.

level necessary to regain the loss in payment premiums. Nor have the linear scores returned to the 2007 levels.

Figure 3 only seems to state the obvious which is that cows with higher SSC counts were moved to Dairy #2 and are continuing to be processed through that Dairy. There is an obvious movement of cattle near mid 2008, figure 5, corresponding to the SCC jump if figure 3.

Figure 4 shows the increase in the herd size at Dairy #1. There is an obvious jump in herd size in 2006, a leveling of numbers in 2007 followed by moderate increases herd size in mid 2008 to present. It appears that Schilder Dairy increased it's herd size shortly after Dairy #2 was opened and that Dairy #1 is still moving toward it's maximum capacity.

Figure 6 seems relevant in one very important way. Dairy #1 was well below average for SCC count in Magic Valley between late 2004, the start point for Dairy #2, and the outbreak of elevated SCC levels. The Magic Valley as a whole is experiencing less variation about trend and a reduction in overall SCC levels.

Figure 7 in Dr. Smith's report seems to indicate that the average production per cow in 2007 at Dairy #1 is relatively stable. It appears to have leveled out during 2007. Early 2008 production seemed to be on the rise but then began a steady decline. What is difficult to measure in Figure 7 or 8 is the magnitude in milk production. For example, if a cow that is in her second lactation suffers from SCC infection her milk production will decline by an estimated 400 lbs. per year. This is approximately 46.51 gallons of milk per year or approximately a reduction of 0.13 gallons per day. These reductions in production may not be captured in a picture like figures 7 and 8.

Dr. Smith provides a synopsis regarding Dr. Lee's methodology. Early in the synopsis is the statement that Dr. Lee has not provided adequate foundation for the calculation of losses. While it is true that Dr. Lee did not follow a standard economic approach in the calculation of losses from changes in productivity it is also my opinion that what Dr. Lee did produce still contains nearly every element of a standard economic analysis. As an economist we first want to use a direct analysis approach, using economic theory, in the calculation of economic behavior. For example, we would look for changes in revenues and costs through the analysis of accountant produced income statements. However, to obtain an estimate, for example, of a producers change in output based on a change in price an economist might rely on elasticity estimates rather than estimating a demand curve. Thus,

9

Dr. Lee using methodology for calculating revenue losses from *linear scores* based on the work of Pamela Ruegg does not make the change in revenue calculation wrong. If there is something wrong with Dr. Lee's statement of loss caused by changes in productivity it would be not including the losses from changes in cost.

Dr. Smith addresses the change in costs, at least in passing; that is, pointing out that they are missing. The most obvious cost that will change is the milk transportation cost. Because productivity has declined and transportation is charged by hundred-weight there is a reduction in shipping costs. This reduction amounts to $0.40 per hundred-weight in Idaho and an addtional promotion charge of $0.25 per hundred weight. Even if these two costs are included the difference to Dr. Lee's bottom line is approximately $33,000, less than 2% of the total claim. However, non of the other variable costs associated with production would measurably change.

Dr. Smith's complaint that those analyzing economic losses must be aware of the volatility of input and output prices, and that analysis must be done with this volatility in mind is misplaced. This is not the norm in forensic analysis. It might improve the estimates made by economists if we turned toward simulation models of the Monte Carlo variety which can incorporate the probabilities of changing input and output prices, or perhaps some other Markov type process. However, at this point this is not the norm. Another reasonable assumption in a dynamic setting is that we know the initial values of our variables and that our dynamic model will adjust those values over time. Dr. Lee made a reasonable assumption regarding future dairy prices. He used data from the futures market. Supposedly futures prices already incorporate all relevant economic data when they are formed. So Dr. Lee used a middle-ground, an acceptable measure of future prices, for estimating future dairy prices.

As mentioned above in one respect I agree with Dr. Smith that changes in costs should not have been neglected. However, as also mentioned above the incorporation of costs changes the total claim by less than 2%.

As to how defendable Dr. Lee's assessment of the cause of the SCC outbreak I would have to strongly disagree with Dr. Smith. Because Dr. Lee is a Veterinarian I would assume that he is uniquely qualified to state what the cause of the SCC outbreak was. Given how common this bacteria is in dairy animals I'm sure he's very familiar with its causes and can accurately pinpoint the cause of an outbreak. Because the premium paid for dairy products by creameries is a function of SCC content a dairyman's receipt

10

of a premium is a direct increase in profits. Thus, all that is needed in the calculation of lost premium is the grade of milk, as measured by SCC level, the weight sent to the creamery and the premium begin paid by the specific creamery.

In a final attach on Dr. Lee's damage number Dr. Smith compares Dr. Lee's damage loss per cow to the average net income generated by a dairy cow in Idaho. My belief is that this comparison is inadequate. Not that it couldn't become a better comparison, just that as presented it is inadequate. It falls in the category of saying in a wage loss case that because wages didn't grow in 2008 that they will never grow again. I believe a more fair comparison of Dr. Lee's average damage per cow would be a comparison of his loss calculation as compared to others' performing similar calculations.

## 4.1   Conclusions

In my opinion Dr. Lee is uniquely qualified to determine the cause of the SCC outbreak at Schilder farms. As a Veterinarian I'm sure he is aware of the causes of SCC bacteria and is trained in how to identify the source of this bacteria. As for Dr. Lee's damage calculation I believe his calculation of lost premiums and culling are sound. I believe his estimate used to measure reduced productivity comes from a reliable source and provides him with a economically reasonable measure of lost revenues. As I stated above it may not be a direct approach preferred by some economists, but it is a good back door approach used to the same end. If there is any missing loss analysis it would be not accounting for a reduction in costs associated with a reduction in production. As estimated above these costs account for less than 2% of the total loss. Thus, a loss number could easily be adjusted for costs.

My opinions are based on material presented in the reports of Dr. Lee and Dr. Smith. Should more material become available an update of my analysis may be necessary.

# References

[1] Ruegg, Pamela. 2005 *Premiums, Production and Pails of Discarded Milk How Much Money Does Mastitis Cost You?* Milk Money.

[2] Smathers, Robert and C. Wilson Grey. 2006 *Idaho Livestock Cost and Return Estimates.* University of Idaho.

[3] Smith, Terry. 2010. Expert Analysis Report Schilder Dairy, LLC v. DeLaval, Inc.

[4] Lee, Martin, 2009. Schilder Dairies an assessment of the financial impact of a Staph Aureus Outbreak at Dairy #1.

12