

**THE GEC GROUP**

| | |
|---|---|
| **NAME:** | Gregory Green, PhD |
| **EXPERTISE:** | Economics and Mathematical Modeling |
| **EDUCATION:** | Temple University<br>*PhD, Economics*<br>Philadelphia, PA<br>1997<br><br>Idaho State University<br>*BA, Economics*<br>Pocatello, ID<br>1990 |

**THE GEC GROUP**
**SELECTED EXPERIENCE:**

**Wrongful Death / Lost Wages**

*Wrongful Death*: Performed analysis and summarized in report form lost wages, lost fringe benefits, and lost household services, net of expected personal consumption.

*Lost Wages:* Performed analysis and summarized in report form lost wages, mitigating wages, and lost fringe benefits following injury or wrongful termination.

**Life Care Plans**

Evaluation of life care plans, which are analyzed and reduced to their present value and summarized in report form.

**CURRICULUM VITAE**
Gregory Green
Page 2 of 7

**SELECTED EXPERIENCE:**
(continued)

**Antitrust / Anticompetitive / Valuation Analyses**

*Market Structure and Valuation Analyses - Surgical Center:* Performed a market structure analysis of a nonprofit surgical center wanting to convert to a for-profit status. In this analysis a game theoretic model was constructed to predict changes in local hospital pricing strategies and to show the resulting economic impact to consumers. Concluded that the firm's conversion to a for-profit status would enhance local competition and benefit consumers.

*Market Structure and Valuation Analyses - Merger of Farm Equipment Part Manufacturers:* Determined and modeled the structure of competition within a specific manufacturing industry. Performed a numerical analysis using producer and end-user data to test the theoretical model and to measure the economic impact on other firms and consumers if the merger were consummated.

*Royalty Rate Calculation:* Estimated a reasonable royalty rate in a patent infringement case. Calculated the present value of economic damages.

**Mathematical Modeling / Damage Causation Analysis**

*Causation and Lost Profits - Price Discrimination Litigation (Robinson-Patman Act):* Developed mathematical models to analyze over two million commercial transactions to detect wholesale pricing patterns between different firms being supplied parts by the same wholesaler. Analyzed wholesale price differences between the stores to determine that significant and measurable price discrimination was taking place. Also modeled retail customers and performed a time series analysis of retail customer volumes across the different stores.

**CURRICULUM VITAE**
Gregory Green
Page 3 of 7

| | |
|---|---|
| **SELECTED EXPERIENCE:** (continued) | **Mathematical Modeling / Damage Calculation**<br><br>*Lost Profits - Crop Loss Litigation:* Developed mathematical models to analyze the cost structure and financial productivity of a large group of farms in Idaho vis-à-vis a control group of farms to detect abnormal shifts in operating costs and to quantify lost profits due to alleged crop damage.<br><br>**Mathematical Modeling / Fraud Detection**<br><br>*Fraud Detection - Physician Practices:* Developed mathematical models to analyze and to detect abnormal patterns in over 1.5 million insurance claim submissions.  Using the mathematical models, each claim submitted can be automatically and consistently processed and scored, and based on the model score, health care providers that misrepresent their services to a patient can be detected and isolated.  Furthermore, the mathematical model had the added benefits of (1) reducing the daily volume of claims that must be manually analyzed by an insurance company's staff and (2) speeding up the payout of claims to legitimate customers.<br><br>**Economic Impact Study**<br><br>*Public Utility Price Increase Exemption Request - Manufacturing Company:* Measured the regional economic impact of a local division of a national manufacturing company. Conducted market research and calculated county, county-group and regional employment and income multipliers. |
| **PROFESSIONAL ASSOCIATIONS:** | National Association of Forensic Economists |
| **SERVICE ACTIVITIES:** | Charman Humanities and Social Science Research Committee. |

**CURRICULUM VITAE**
Gregory Green
Page 4 of 7

| | |
|---|---|
| **SERVICE ACTIVITIES:** (continued) | Book Review, "Microeconomics," second edition, Besanko, John Wiley and Sons, 2004. |
| | Test Bank Review, "Economics," fourth edition, John Taylor, Houghton Mifflin, 2003. |
| | Book Review, "Macroeconomics," John Taylor, Houghton Mifflin, 2001. |
| | Book Review, "International Economics," James Gerber, Addison Wesley, 2000-2001. |
| | Book Review, "Strategy and Choice: An Introduction to Game Theory," Robert McCain, South-Western, 2001. |
| | Idaho Personal Income Forecasts for State Tax Commission and Idaho Economics Estimates Commission, annually 1997-2002. |
| | Testimony on General Fund Revenue Projections to State Legislature, annually 1998-2003. |
| | Vice Chair Faculty Research Committee, academic years 2003-2006. |
| | Vice Chair, Humanities and Social Science Research Committee, 2004-2006. |
| | Outstanding Student Selection Committee, 2005. |
| | Chairman, Undergraduate Research Committee, academic year 2002 – 2003. |
| | Undergraduate Research Committee, 1999 - 2003. |
| | Research Coordinating Council, academic year 2002-2003. |
| | Faculty Research Committee, 2001 - 2006. |
| | Humanities and Social Sciences Research Committee, 1997-2000; 2003 – 2006, 2007 – present.. |

**CURRICULUM VITAE**
Gregory Green
Page 5 of 7

| | |
|---|---|
| **SERVICE ACTIVITIES:** (continued) | Economics Club Faculty Advisor, 2000-2002. |
| | Department Promotion and Tenure Committee, Fall 1997, Fall 2000 and Fall 2002. |
| | Discussant at Western Economic Association Meetings, 1998-2001. |
| **PUBLICATIONS / PRESENTATIONS:** | "Pareto Improvements To Free Trade In An Infinitely Repeated Dynamic Game," *International Business & Economic Research Journal,* 6 (2007) 1 – 13. |
| | "Weakly-Renegotiation-Proof Trade Strategies," A Colloquium presentation Weber State University, Ogden Utah, December 2007. |
| | "The Mathematics of Weakly-Renegotiation-Proof Trade Strategies," Idaho State University Department of Mathematics Colloquium, November 2007 |
| | "Antitrust?" A presentation to the faculty of Temple University, November 2006. |
| | "Strategic Trade: Weighted Payoff Functions and Diverse Trade Patterns," *International Business & Economic Research Journal* 2 (2003): 37-46. |
| | "Pareto Improvements to Free Trade in an Infinitely Repeated Dynamic Game," Midwestern Economics Association, Bloomington, Indiana, October 2003. |
| | "Strategic Trade: Weighted Payoff Functions and Diverse Trade Patterns," International Applied Business Research Conference, Acapulco Mexico, March 2003. |
| | "Strategic Trade in a Repeated Game," International Atlantic Association Meetings, Philadelphia, October 2001. |

**CURRICULUM VITAE**
Gregory Green
Page 6 of 7

| | |
|---|---|
| **PUBLICATIONS / PRESENTATIONS:** (continued) | "Strategic Trade in a Repeated Game," Western Economic Association International, San Francisco, July 2001. |
| | "Strategic Trade: When the Government Type Matters," Western Economic Association International, Vancouver, July 2000. |
| | "Kuhn-Tucker and Strategic Trade: Some Overlooked Analysis," Economic Association International, San Diego, July 1999. |
| | "A Dynamic Policy Approach to Intra-Industry Trade," Western Economic Association International, Lake Tahoe, July 1998. |
| | "A Kuhn-Tucker Approach to Static Intra-Industry Trade," faculty seminar, Temple University, Fall 1996. |
| **EMPLOYMENT:** | Idaho State University<br>Associate Professor of Economics<br>2003 to present |
| | Idaho State University<br>Assistant Professor of Economics<br>1997 – 2003 |
| **TEACHING EXPERIENCE:** | Mathematical Economics<br>Managerial Economics<br>Money and Banking<br>Economic Issues<br>Game Theory<br>Intermediate Macroeconomics<br>Intermediate Microeconomics<br>Macroeconomic Principles |

**CURRICULUM VITAE**
Gregory Green
Page 7 of 7

| | |
|---|---|
| **TEACHING EXPERIENCE:** (continued) | Microeconomic Principles |
| | International Trade |
| | International Trade and Finance |
| | College Algebra and Trigonometry |
| | |
| **AWARDS, FELLOWSHIPS GRANTS:** | Sabbatical leave academic year 2006 – 2007 |
| | Most Influential Teacher Award<br>Idaho State University<br>2003 |
| | Department Research Grant<br>Temple University<br>1996 |
| | Norman and Ruth Sun Award<br>Temple University<br>1994 |
| | Research Assistant<br>Temple University<br>1994 |
| | Teaching Assistant<br>Economics Department, Temple University<br>1991 – 1995 |
| | Teaching Assistant<br>Math Department, Idaho State University<br>1990 – 1991 |
| | Economics Scholarship<br>Idaho State University<br>1989 – 1990 |