

**FEE SCHEDULE**

| Description | Cost |
|---|---|
| Retainer fee | Case specific |
| Hourly fees | Testifying/Consulting Expert..............$280<br>Senior Consultant..................................$160<br>Consultant.............................................$120<br>Database/Software Analyst .................$110 |
| Out-of-pocket costs | At cost |

Fees and out-of-pocket costs will be billed every month during the periods of activity on your behalf.  Invoices are payable upon presentation and any payment not received within 30 days of the invoice date will be billed monthly with interest compounded at 1.5% per month.  In addition, you will be responsible for all attorney fees, court costs, and any other charges associated with the collection of any past due balance.

Rates and fees are subject to change at any time.