

# THE GEC GROUP

Economic Testimony Given By Greg Green During the Preceding Four Years

| Date | Client | Case | Case Number | Court | Location | Type |
|---|---|---|---|---|---|---|
| 2010 | Nick L. Nielson<br>Attorney at Law<br>120 N. Twelfth Avenue, Suite 2<br>P.O. Box 6159<br>Pocatello, ID 83205 | Van v. Portneuf Medical Center | CV 2005-4053 OC | 6th District Court, Bannock Co. | Pocatello, ID | Trial |
| 2009 | Robert N. Williams<br>Meyer and Williams<br>350 East Broadway<br>P.O. Box 2608<br>Jackson, WY 83001 | Baugh v. Lim | CV 08-321 | Federal Court, Idaho | Pocatello, ID | Deposition |
| 2009 | C. Tom Arkoosh<br>Capitol Law Group<br>205 N. 10th Street, 4th Floor<br>Boise, ID 83702 | Sherri Drakos v. Chris Drakos | CV 2008 – 1758 | 7th District Court, Bingham Co | Blackfoot, ID | Trial |
| 2008 | Lowell N. Hawkes Chartered<br>1322 E. Center St.<br>Pocatello, ID 83201 | Hughes v. Bingham Memorial | CV 06-2361 | 7th District Court, Bingham Co. | Pocatello, ID | Deposition |

The GEC Group  |  12000 New Hope Road  |  Star, ID  83669

Tel:  208-286-0166  |  Fax:  208-286-0167  |  www.thegecgroup.com

Economic Testimony Given By Greg Green During the Preceding Four Years

| 2008 | David A. Heida<br>Arkoosh Law Offices<br>P.O. Box 32<br>301 Main Street<br>Gooding, ID 83330 | Newbry v. Bauman | CV 2007 - 281 | District Court, Gooding County, Idaho | Pocatello, ID | Deposition |
|---|---|---|---|---|---|---|
| 2007 | David E. Alexander<br>Racine, Olson, Nye, Budge & Bailey<br>P.O. Box 1391 Center Plaza<br>First & Center<br>Pocatello, ID  83204 | *Afshari v. Cobra Manufacturing* | 4:2004 CV00271 | Federal Court, Idaho | Pocatello, ID | Deposition |
| 2007 | David E. Alexander<br>Racine, Olson, Nye, Budge & Bailey<br>P.O. Box 1391 Center Plaza<br>First & Center<br>Pocatello, ID  83204 | *Afshari v. Cobra Manufacturing* | 4:2004 CV00271 | Federal Court, Idaho | Pocatello, ID | Trial |
| 2007 | James Piotrowski<br>713 W. Franklin<br>P.O. Box 2864<br>Boise, ID 83701 | *Humphreys v. St. Maries School District 41* | CV 02 00014 | District Court, Benewah County, Idaho | St. Maries, ID | Trial |
| 2007 | James Piotrowski<br>713 W. Franklin<br>P.O. Box 2864<br>Boise, ID 83701 | *Gray v. Bruneau-Grand View School District* | 1:2004 CV00069 | Federal Court, Idaho | Boise, ID | Trial |