Steven D. Peterson, ISB# 3563
John C. Peterson, ISB# 6796
PETERSON LAW OFFICE, PLLC
161 5th Ave. South, Ste 310
P.O. Box 5827
Twin Falls, Idaho 83303-5827
Telephone: (208) 733-5500
Fax: (208) 733-5553

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| SCHILDER DAIRY, LLC, an Idaho Limited Liability Company,<br><br>Plaintiff,<br><br>vs.<br><br>DELAVAL, INC., a Delaware Corporation,<br><br>Defendant. | Case No. 09-cv-00531-REB<br><br>STIPULATION |

COMES NOW SCHILDER DAIRY, LLC, by and through its attorney of record, Peterson Law Office, PLLC, ("Plaintiff") and DELAVAL, INC., by and through its attorney of record and its pro hoc vice attorney, Hawley Troxell Ennis & Hawley, LLP and Flynn, Gaskins and Bennett LLP respectively, ("Defendant") and hereby stipulate to extend the following dates: All discovery relevant to experts shall be completed by **October 30, 2010**. The mediation shall be completed by **November 15, 2010**. A mediation case status report shall be due no later than **November 25, 2010**.

STIPULATION - Page 1

The parties have agreed to have Dwight Baker mediate this case. Mr. Baker has agreed to serve as the mediator and a mediation shall be scheduled within the allotted time to accommodate the schedules of all involved.

DATED this 6th day of October, 2010

Peterson Law Offices, PLLC

_/s/ John Peterson_
John C. Peterson

Flynn Gaskins and Bennett, LLP

William Tipping

Hawley Troxell Ennis & Hawley, LLP

John Kurtz

STIPULATION - Page 2